**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NIVEA LENOIR, on behalf of herself and all other persons similarly situated known and unknown, | Civil Action No. 1:19-CV-01575 |
| Plaintiffs, | Judge Robert M. Dow, Jr. |
| v. | Removed from Circuit Court of Cook County, Illinois, Chancery Division, Case No. 2019CH01185 |
| LITTLE CAESAR ENTERPRISES, INC., | |
| Defendant. | |

**DEFENDANT LITTLE CAESAR ENTERPRISES, INC.'S MOTION TO DISMISS**
**PLAINTIFF'S COMPLAINT**

Defendant Little Caesar Enterprises, Inc. ("LCE"), through its counsel, hereby submits this Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and in support thereof, states as follows:

1.      Plaintiff Nivea Lenoir ("Lenoir") asserts a single cause of action on behalf of herself and a purported class of similarly situated individuals, against LCE for alleged violation of the Illinois Biometric Information Privacy Act ("BIPA"), 740 ILCE 14 *et seq.*

2.      LCE moves to dismiss Lenoir's Complaint for several reasons.

3.      First, Lenoir signed a waiver and consent when she registered her finger scan and therefore has waived any claim she may have had under BIPA.

4.      Second, Lenoir fails to adequately allege that LCE's purported violation of BIPA was either negligent or reckless, a necessary requirement under the statute.

5.      Third, any alleged injury Lenoir has suffered is the result of a workplace injury and therefore, Lenoir's claim is barred by the Illinois Workers' Compensation Act.  820 ILCS 305/1 *et seq.*

WHEREFORE, for these reasons and those explained more thoroughly in its memorandum of law filed contemporaneously, LCE respectfully requests that this Court dismiss Lenoir's Complaint with prejudice and grant LCE any such other relief the Court deems appropriate.

Dated:  April 12, 2019

Respectfully Submitted,

*/s/ Kaitlin P. Sheehan*_____
Lazar P. Raynal
IL State Bar No. 6199215
Stephen A. Swedlow
IL State Bar No. 6234550
Kaitlin P. Sheehan
IL State Bar No. 6313971
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone: (312) 705-7400
Fax: (312) 705-7401

**Counsel for Little Caesar Enterprises, Inc.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney for Little Caesar Enterprises, Inc. hereby certifies that on April 12, 2019 a true and correct copy of the foregoing was filed via the Court's CM/ECF system, which will automatically serve and send notification of such filing to all registered attorneys of record.

*/s/ Kaitlin P. Sheehan*
Kaitlin Sheehan
Counsel for Little Caesar Enterprises, Inc.