**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

NIVEA LENOIR and BRIANNA STARTS,
on behalf of themselves and all other persons
similarly situated known and unknown,

                  Plaintiffs,

v.

LITTLE CAESAR ENTERPRISES, INC.,

                  Defendant.

Civil Action No. 1:19-CV-01575

Judge Robert M. Dow, Jr.

**DEFENDANT LITTLE CAESAR ENTERPRISES, INC.'S MOTION TO DISMISS**
**PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**

Defendant Little Caesar Enterprises, Inc. ("LCE"), through its counsel, hereby submits this Motion to Dismiss Plaintiffs' First Amended Class Action Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and in support thereof, states as follows:

1.      Plaintiffs Nivea Lenoir ("Lenoir") and Brianna Starts ("Starts") (collectively the "Plaintiffs") assert a single cause of action on behalf of themselves and a purported class of similarly situated individuals, against LCE for alleged violation of the Illinois Biometric Information Privacy Act ("BIPA"), 740 ILCE 14 *et seq*.

2.      LCE moves to dismiss Plaintiffs' First Amended Class Action Complaint for several reasons.

3.      First, Lenoir (and other potential class members) signed a waiver and consent when she registered her finger scan, consenting to all past, present, and future finger scans, and therefore Lenoir has waived any BIPA claim.

4.      Second, Plaintiffs fail to adequately allege that LCE's purported violation of BIPA was either negligent or reckless, a necessary requirement under the statute.

5.      Third, any alleged injury Plaintiffs have suffered are the result of a workplace injury and therefore, Plaintiffs' claim is barred by the Illinois Workers' Compensation Act.  820 ILCS 305/1 *et seq*.

WHEREFORE, for these reasons and those explained more thoroughly in its memorandum of law filed contemporaneously, LCE respectfully requests that this Court dismiss Plaintiffs' First Amended Class Action Complaint with prejudice and grant LCE any such other relief the Court deems appropriate.

Dated:  September 20, 2019                         Respectfully Submitted,

                                                   */s/ Kaitlin P. Sheehan*_____
                                                   Lazar P. Raynal
                                                   Stephen A. Swedlow
                                                   Kaitlin P. Sheehan
                                                   QUINN EMANUEL URQUHART &
                                                   SULLIVAN, LLP
                                                   191 N. Wacker Drive, Suite 2700
                                                   Chicago, IL 60606-1881
                                                   Telephone: (312) 705-7400
                                                   Fax: (312) 705-7401

                                                   **Counsel for Little Caesar Enterprises, Inc.**

2

## CERTIFICATE OF SERVICE

The undersigned attorney for Little Caesar Enterprises, Inc. hereby certifies that on September 20, 2019 a true and correct copy of the foregoing was filed via the Court's CM/ECF system, which will automatically serve and send notification of such filing to all registered attorneys of record.

/s/ Kaitlin P. Sheehan
Kaitlin Sheehan
Counsel for Little Caesar Enterprises, Inc.