UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NIVEA LENOIR and BRIANNA STARTS, on behalf of themselves and all other persons similarly situated, known and unknown, | ) ) ) ) | Case No. 1:19-cv-01575 |
| Plaintiffs, | ) ) | Judge Robert M. Dow Jr. |
| v. | ) ) ) | |
| LITTLE CAESAR ENTERPRISES, INC. | ) ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL OF PLAINTIFF NIVEA LENOIR, ONLY**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties, through their undersigned counsel, stipulate to dismissal *with prejudice* of Plaintiff Nivea Lenoir's claims in the above-captioned action.

Plaintiff Brianna Starts will continue pursuing claims in the above-captioned action on behalf of herself and the proposed class.[1]

Dated: May 24, 2021                                      Respectfully submitted,

| | |
|---|---|
| /s/Zachary C. Flowerree<br>Douglas M. Werman<br>Maureen A. Salas<br>Sarah J. Arendt<br>Zachary C. Flowerree<br>**Werman Salas P.C.**<br>77 W. Washington Street, Suite 1402<br>Chicago, Illinois 60602<br>(312) 419-1008<br><br>**Attorneys for Plaintiffs** | /s/Katlin P. Sheehan (*with consent*)<br>Lazar P. Raynal<br>Stephen Swedlow<br>Kaitlin P. Sheehan<br>David Lakin<br>**Quinn Emanuel Urquhart & Sullivan, LLP**<br>191 N. Wacker Dr., Suite 2700<br>Chicago, IL 60606<br>(312) 705-7400<br><br>**Attorneys for Defendant** |

---

[1] By consenting to the filing of this Joint Stipulation to dismiss Plaintiff Nivea Lenoir's claims, Defendant Little Caesar Enterprises, Inc. does not consent or agree that Plaintiff Brianna Starts' claims have merit, that Ms. Starts is an adequate class representative, or that the class as proposed can be certified.

1

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was filed with the Court's CM/ECF filing system on May 24, 2021, which will serve a copy on all counsel of record.

/s/ *Zachary C. Flowerree*
*One of the Attorneys for Plaintiffs*
