# EXHIBIT 3

# BIPA Settlement Chart

| Case | Class Size | Per Class Member | Attorney Fees |
|---|---|---|---|
| *Kusinski v. ADP, LLC*, 17-CH-12364 (Cook Cnty. Feb. 10, 2021) | 320,000 | $250 net per claimant with 20% claims rate[1] | $8,750,000 (35% of settlement fund) |
| *Davis v Heartland Employment Services, Inc.*, 2019-680 (N.D. Ill.) | 11,010 | Claims Process, $492.09 gross[2] | 1,777,110.00 (33.33% of the gross fund) |
| *Diaz v. Greencore USA – CPG Partners, LLC*, 2017-CH-13198 (Cook Cnty. Aug. 30, 2019) | 8,194 | $696.27 gross | $1,901,750 (1/3rd of total settlement) |
| *Jones v. CBC Rest. Corp.*, 1:19-cv-06736 (N.D. Ill. Oct. 22, 2020) | 4,053 | $800 Gross | $1,054,966 (32.5% of total settlement) |
| *Devose v. Ron's Temporary Help Services*, 2019-L-1022 (Will Cnty. Jan. 9, 2023) | 17,469 | Claims process, $307.69 gross[3] | $2,150,000 (40% of the gross fund) |
| *Roach v. Walmart*, 19-CH-01107 (Cook Cnty. June 16, 2021) | 21,682 | Claims Process, $461.21 gross[4] | $3,333,333.33 (33.33% of the gross fund) |

---

[1] The actual claims rate in *ADP* was only 12.5 percent, so the ultimate net per claimant amount in *ADP* was above $250.

[2] This was a claims made, non-reversionary settlement. There were 4,941 class members who filed claims, each who received a net payment of $748.

[3] This was a claims made, non-reversionary settlement. There were 4,081 class members who filed claims, each who received a net payment of $770.18.

[4] This was a claims-made, non-reversionary settlement. There were 10,175 class members who filed claims, each who received a net payment of $645.

| Case | Class Size | Per Class Member | Attorney Fees |
|---|---|---|---|
| *Marshall v. Life Time Fitness, Inc.*, 17-CH-14262 (Cook Cnty. July 30, 2019) | 6,000 | $270 net per claimant[5] | $800,000 (1/3rd of total settlement) |
| *Prelipceanu v. Jumio Corp.*, 18-CH-15883 (Cook Cnty. July 21, 2020) | Thousands[6] | Claims process, $262.28 net per claimant[7] | $2,800,000 (40% of the gross fund) |
| *Zhirovetskiy v. Zayo Group, LLC*, 17-CH-09323 (Cook Cnty. Apr. 8, 2019) | 2,200 | Claims process, $450 gross | $407,256,17 (40% of the gross fund) |
| *Zepeda v. Intercontinental Hotels Grp., Inc.*, 2018-CH-02140 (Cook Cnty. Dec. 5, 2018) | 1,000 | $500 gross | $221,850 (40% of the gross fund) |

---

[5] The settlement also included dark web monitoring the parties valued at $130 per class member.

[6] The settlement documents do not reveal the precise number of class members, but the settlement approval documents state that "thousands" of claims were filed.

[7] The settlement agreement and filings did not disclose the number of class members in this $7 million settlement or the ultimate net per person recovery. Class Counsel's fee petition represented that "thousands" of class members had filed claims. Legal websites state that class members who submitted claims received up to $262.28 per person. *See* https://topclassAction.com/lawsuit-settlements/lawsuit-news/illinois-jumio-biometric-class-action-settlement/ (last visited Oct. 19, 2021).