UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Brianna Starts, et al.
                Plaintiff,

v.                                            Case No.: 1:19–cv–01575
                                            Honorable Mary M. Rowland

Little Caesar Enterprises, Inc.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 5, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: Motion for preliminary approval of class action settlement [112] is set for telephonic hearing on 9/8/23 at 9:45 am. Parties should call 866–434–5269; access code 3751971. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.