# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Brianna Starts, et al.

                    Plaintiff,

v.                                                                Case No.: 1:19–cv–01575

                                                                         Honorable Mary M. Rowland

Little Caesar Enterprises, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 20, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: In person hearing held on Plaintiff's motion for attorneys' fees, litigation costs, settlement administration costs, and a service award [116] and Plaintiff's unopposed motion and memorandum of law for final approval of class action settlement [118]. Several class members were present in court and two appeared telephonically. The court has reviewed the motions and, for the reasons stated on the record, finds the settlement and the amount of legal fees to be fair, adequate and reasonable. Plaintiff's motions are granted. Enter Final Approval Order. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.