UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIANNA STARTS, on behalf of herself and all other persons similarly situated, known and unknown, <br><br> Plaintiff, <br><br> v. <br><br> LITTLE CAESAR ENTERPRISES, INC., <br><br> Defendant. | Case No. 1:19-cv-01575 <br><br> Judge Mary M. Rowland |

**FINAL APPROVAL ORDER**

This matter coming before the Court on Plaintiffs' Motion for Final Approval of Class Action Settlement and Plaintiffs' Motion for Attorney Fees, Litigation Costs, Settlement Administration Costs, and a Service Award, the Court having reviewed and considered the motions, including all supporting documents, and the Court having conducted an in-person final approval hearing on December 20, 2023.

IT IS ORDERED AS FOLLOWS:

1. Capitalized terms not otherwise defined in this Final Approval Order are defined in the Parties' Settlement Agreement.

2. The Court-approved Notice of Class Action Settlement ("Notice") was distributed by the Settlement Administrator to Settlement Class Members by direct mail and, where available, email. The Notice and the methods of distribution, as detailed in the Motion for Final Approval, satisfy due process, the requirements of Rule 23(e)(1)(B) of the Federal Rules of Civil Procedure, and constitute the best notice practicable under the circumstances.

3. No Settlement Class Members submitted objections to the Settlement.

4. The Court grants final certification of the class that the Court previously certified for settlement purposes in its Preliminary Approval Order. The class is defined as follows:

> All employees of Defendant who enrolled in or used a finger-scan timekeeping system while working for Defendant in Illinois from January 29, 2014 through January 14, 2019.

5. The Court finds the settlement memorialized in the Settlement Agreement and filed with the Court is fair, reasonable, and adequate, and in the best interests of Settlement Class Members. The Court finds that: (a) the strength of the Settlement Class Representatives' and Settlement Class Members' claims weighed against the Defendant's defenses and the complexity, length and expense of further litigation support approval of the Settlement; (b) the Gross Fund of $6,997,810 as set forth in the Settlement Agreement is a fair, reasonable and adequate settlement of the claims; (c) the Settlement was reached pursuant to arm's-length negotiations between the parties; (d) the support for the Settlement expressed by Settlement Class Counsel, who have significant experience representing parties in complex class actions, including those involving Biometric Information Privacy Act claims, weighs in favor of approval of the Settlement; (e) the absence of any objections to the Settlement by Settlement Class Members supports approval of the Settlement; and (f) the Action has progressed to a stage where the Court and the parties could evaluate the merits of the case, potential damages, and the probable course of future litigation.

6. Subject to Final Approval by the Court, Settlement Class Participants will, upon the Effective Date, release all claims, suits, actions, controversies, demands, and/or causes of action, premised upon statute, contract, common law or otherwise, whether seeking liquidated or actual damages, penalties, specific performance, injunctive relief, attorneys' fees, costs, interest or any other relief, against Defendant or other Releasees that arise out of, relate to or are connected with the alleged violations of or non-compliance with BIPA, as set forth in the operative Class Action Complaint in the Action against Defendant, and/or the alleged scanning, capture,

collection, storage, possession, transmission, purchase, receipt through trade and otherwise, sale, lease, trade, profit, disclosure, re-disclosure, dissemination, protection, conversion and/or use of biometric identifiers, biometric information or other biometric data in connection with Defendant's timekeeping system, whether pursuant to BIPA or any other federal, state or local law, including common law, regardless of whether such causes of action or claims are known or unknown, filed or unfiled, asserted or unasserted, and/or existing or contingent. The only Settlement Class Members not subject to the foregoing release are those who timely and validly excluded themselves from the Settlement.

7. Two Settlement Class Members: (1) Spencer Drake and (2) Darci Sanders, timely excluded themselves from the Settlement and are not bound to the Settlement Agreement or its Release.

8. The Court awards Settlement Class Counsel their reasonable attorney fees in the amount of $2,332,603.33, and costs in the amount of $28,187.16, which are payable from the Gross Fund as described in the Settlement Agreement.

9. The Court awards the Class Representative Brianna Starts a Service Award in the amount of $15,000, which is payable from the Gross Fund as described in the Settlement Agreement.

10. The Court awards the Settlement Administrator, Rust Consulting, its costs in the amount of $35,500, which are payable from the Gross Fund as described in the Settlement Agreement.

11. Funds from checks not cashed by Settlement Class Participants within the 180-day deadline shall be remitted to the State of Illinois Unclaimed Property Fund. This will enable

Settlement Class Members to request their settlement payments even if they miss the check cashing deadline.

12. The Parties and the Settlement Administrator are ordered to comply with the terms of the Settlement Agreement, and the Court expressly adopts and incorporates herein all the terms of the Settlement Agreement (ECF No. 112-1).

13. This matter is dismissed without prejudice. The dismissal without prejudice shall automatically convert to one with prejudice seven (7) days after Defendant has fully funded the Qualified Settlement Fund with the Gross Fund.

14. The Court retains jurisdiction solely with respect to the interpretation, implementation, and enforcement of the terms of the Parties' Settlement Agreement and all orders and judgements entered in connection therewith.

Dated: December 20, 2023

_____
Mary Rowland
United States District Judge